# PD-0939-15

Albert Ayala

v.

THE STATE OF TEXAS

§ IN THE 5th JUDICIAL

§ DISTRICT COURT OF

§ DALLAS COUNTY, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULE 9.3(b) OF THE TEXAS RULES OF APPELLATE PROCEDURE

TO THE JUDGE OF SAID COURT:

COMES NOW, ALBERT AYAIA TDCJ-CID#1925390, PETITIONER HEREIN, AND RESPECTFULLY FILES THIS MOTION TO SUSPEND 9.3(B) OF THE TEXAS RULES OF APPELLATE PROCEDURE, THROUGH THE AUTHORITY OF RULE 2 OF THE TEXAS RULES OF APPELLATE PROCEDURE AND WILL SHOW THIS SAID COURT THE FOLLOWING:

### I.

PETITIONER IS FILING HIS PETITION FOR DISCRETIONARY REVIEW, PRO SE, IN THE COURT OF CRIMINAL APPEALS. FOR THE FOLLOWING REASONS, PETITIONER RESPECTFULLY ASKS THE COURT TO SUSPEND RULE 9.3(B):

1. PETITIONER IS FILING PRO SE, AND

2. PETITIONER IS INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND DOES NOT HAVE ACCESS TO A COPY MACHINE.

### II.

PETITIONER HAS SHOWN GOOD CAUSE FOR APPELLATE RULE ALLOWING APPELLATE COURT TO SUSPEND THE OPERATION OF A RULE FOR A GOOD CAUSE AND ORDER A DIFFERENT PROCEDURE FOR CASES WHERE SUSPENDING A RULE WILL ACTUALLY FACILITATE PROCESSING THE CASE THROUGH THE APPELLATE COURT. MILLS V. HAGGARD, 17 S.W. 3d 462 (TEX. APP. - 10TH DIST. 2000).

SO ORDER ON THIS THE __14TH__ DAY OF __JULY__, 2015

RESPECTFULLY SUBMITTED

Albert Ayala

ALBERT AYALA
PETITIONER, PRO SE
TDCJ-CID#1925390
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS. 79107

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING MOTION TO SUSPEND RULE 9.3 (B) HAS BEEN SERVED ON THE ASSISTANT DISTRICT ATTORNEY FOR DALLAS COUNTY - APPELLATE SECTION, FRANK CROWLEY COURTS BUILDING, LOCK BOX 19, DALLAS COUNTY - APPELLATE SECTION, DALLAS, TEXAS 75207-4399 BY DEPOSITING SAME IN THE UNITED STATES MAIL POSTAGE PREPAID ON THIS THE ___ DAY OF ___ 2015

*Albert Ayala*
AIBERT AYAIA
PETITIONER, PRO SE,

## INMATE DECLARATION

I AIBERT AYALA TDCJ-CID#1925390 BEING PRESENTLY INCARATED AT THE BILL CLEMENTS UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISON IS POTTOR COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING STATEMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
EXECUTED ON THIS THE 14TH DAY OF JULY, 2015

*Albert Ayala*
AIBERT AYAIA
PETITIONER, PRO SE